No. 1285. GROENDYKE TRANSPORT, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 10th Cir. Certiorari denied. *Peter H. Ratner* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.

No. 1340. SUNKIST GROWERS, INC. v. CASE-SWAYNE Co., INC. C. A. 9th Cir. Certiorari denied. *Charles E. Beardsley* and *Seth M. Hufstedler* for petitioner. *William H. Henderson* and *W. Glenn Harmon* for respondent.

No. 1105. MCBRIDE v. SMITH, COMMANDANT, UNITED STATES COAST GUARD. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Melvin L. Wulf* and *Marvin M. Karpatkin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Lee B. Anderson* for respondent.

No. 1253. TOLAN v. UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Finton J. Phelan, Jr.*, for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1272. GREEN STREET ASSOCIATION ET AL. v. DALEY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard F. Watt* for petitioners. *Raymond F. Simon* for Daley et al., and *Solicitor General Marshall* for Weaver et al., respondents.